UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Attorneys for Charles M. Forman, Chapter 7 Trustee
Kimberly J. Salomon, Esq.
ksalomon@formanlaw.com

| | |
|---|---|
| In Re:<br><br>PRATIK PATEL,<br><br>                    Debtor. | Case No.:   23-17327 (JNP)<br><br>Chapter:    7<br><br>Hon. Jerrold N. Poslusny, Jr. |
| CHARLES M. FORMAN, Chapter 7 Trustee for Pratik Patel,<br><br>                    Plaintiff,<br>v.<br><br>ANKIT SONI, et al.,<br><br>                    Defendants. | Adv. Pro. No. 24-1332 (JNP) |

**APPLICATION IN LIEU OF MOTION FOR ENTRY OF
STIPULATION AND CONSENT ORDER VACATING
DEFAULT JUDGMENT AGAINST 3BL ENTERPRISES INC.**

Charles M. Forman, the chapter 7 trustee (the "Trustee") and plaintiff herein, through his attorneys, Forman Holt, submits this application in lieu of a motion, pursuant to D.N.J. LBR 9021-1(b), for the entry of a Stipulation and Consent Order Vacating Default Judgment Against 3BL Enterprises Inc. (the "Defendant") and respectfully represents that:

1.       On August 23, 2023 (the "Petition Date"), Pratik Patel (the "Debtor") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey.

2.      On August 24, 2023, the Office of the United States Trustee appointed the Trustee to serve as the chapter 7 trustee in the Debtor's case, and he continues to serve in that capacity.

3.      On May 17, 2024, the Trustee commenced the above-captioned adversary proceeding by filing a Complaint against the Defendant and others to avoid and recover preferential and fraudulent transfers pursuant to 11 U.S.C. §547 and 548 and N.J. S.A. 25:2-25 *et seq.*

4.      The Defendant did not file an answer to the Complaint.

5.      On January 6, 2025, the Clerk of the Court entered default against the Defendant. [Doc. No. 182].

6.      On January 22, 2025, Default Judgment for a Sum Certain (the "Default Judgment") was entered against the Defendant in the amount of $46,875. [Doc. No. 188].

7.      On February 5, 2025, Defendant's counsel contacted the Trustee's counsel to dispute the Defendant's liability and provided documentation to the Trustee and his counsel to support the defenses asserted by the Defendant.

8.      The Trustee, in reliance upon the documentation provided by the Defendant, has agreed to vacate the Default Judgment and dismiss the claims against the Defendant.

9.      The Trustee respectfully requests that this Court approve the Stipulation and Consent Order Vacating Default Judgment Against 3BL Enterprises Inc. submitted herewith pursuant to D.N.J. LBR 9021-1(b).

WHEREFORE, the Trustee respectfully requests that the Court enter the Stipulation and

Consent Order Vacating Default Judgment Against 3BL Enterprises Inc. upon the docket of this

case.

FORMAN HOLT
Attorneys for Trustee

By:    _/s/Kimberly J. Salomon_____

Dated:  February 12, 2025                    Kimberly J. Salomon, Esq.